# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

JUAN C MARTINEZ

(Enter the full name(s) of the Plaintiff(s) in this action)

CA 08 345 ML

vs.

Civil Action No. ____________

L.T Ceresi

DEPUTY . [redacted] Boyd

DEPARTMENT OF CORRECTIONS

40Howard Avenue cranston RI 02920

(Enter the full name(s) of the Defendant(s) in this action)

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: ___#___

B. If your answer to "A" is yes, describe each lawsuit in the space below.(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

2. Court where action was filed(if federal, give the district; or if state, give the county):

________________________________________

3. Please give docket number(s): ________________

4. Name of Judge to whom case was assigned: __________

________________________________________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

________________________________________

6. Approximate date of filing lawsuit: ____________

7. Approximate date of disposition: ______________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

YES, TO Warden and DEPUTY.[redacted] Boyd LT Ceresi

B. If your answer was Yes:

1. What steps did you take? GRIEVANCE ANDCOMPLAINT.

DEPARTMENT OF CORRECTIONS

2. What was the result(s): did not want to listen to me

________________________________________

C. If your answer is NO, explain why not: explain to me

________________________________________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: JUAN C MATRINEZ

________________________________________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant DEPUTY. Boyd [redacted] . LT.Ceresi is employed

as MEDIUM # 1 CRANSTON RI at The Department of correction

C. Additional Defendants: ______________________

______________________

______________________

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

I wro to DEPUTY.AND LT AND CAPTAIN I,was housed in A.module due to myself I.having epiletic attacks.ATthemoment,Iam and/or have been moved to E-module.thus myself. I.writing toyour because I.need. COURT ORDER .to moved . A.MODULE is. block is In which in case of an emergency problem sare housed. I.Have serious damage health because have epilectic attack I.need block A.module to myself I.need back in A-module. In which,i the designated module for inmates with medical problems that should be reasonably dealt with and accommod attd. Whi would be the duty Of the d.o.c. consistent with 42-56-1, A-1 of the Rhode Islandf general laws. Thank you for your time

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

file an EMERGENCY INJUNCTION.ORDERING THE DEFENDANT(S) TOMOVE Mr.JUAN C MARTINEZ.TO.a HOSPITAL BLOCK AND/OR A-2 bottom module. Mr. (C MARTINEZ) gets an epileptic attack

______________________

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

(Signature of Plaintiff)

JUAN C MARTINEZ

(Additional Plaintiffs)

P.O BOX 8274

ID #112421

Cranston, R.I. 02920

(Address for Plaintiff(s)

9/1/2008